UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LELAND BRYANT,<br><br>        Plaintiff,<br><br>   v.<br><br>HALVERD, et al.,<br><br>        Defendants. | Case No.: 2:23-cv-01392-CDS-BNW<br><br>**ORDER** |

      On September 7, 2023, pro se plaintiff Leland Bryant, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). The application to proceed *in forma pauperis* is incomplete because Plaintiff did not use the Court's approved form application for an inmate. If Plaintiff wishes to proceed with this action, he must either pay the required filing fee or file a fully complete application to proceed *in forma pauperis* for an inmate.

      The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until November 13, 2023**, to either pay the full $402 filing fee or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form with the inmate's two signatures on page 3.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to update the docket to reflect that Plaintiff's first name is Leland, and send Plaintiff Leland Bryant the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED THIS 12th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE